IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>                 Plaintiff,<br><br>   v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION,<br><br>                 Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 23-cv-0528<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

In accordance with the Court's April 17, 2023 Minute Order, the parties respectfully submit the following Joint Status Report:

1. This action involves a Freedom of Information Act (FOIA) request submitted by Plaintiff America First Legal Foundation (AFL) to Defendant U.S. Food and Drug Administration (FDA), which seeks records "regarding the off-label use of puberty blockers and cross-sex hormones in children." Compl. ¶ 6, ECF No. 1. As part of the request, AFL identified eight custodians and specified a series of search terms. *Id.* Attach 1, ECF 1-1 at 2.

2. FDA has initiated the process of gathering electronic documents from the specified custodians using the specific search terms AFL has requested. FDA's eDiscovery specialists are currently in the process of running these search terms and gathering those records and uploading them into a document-review database. FDA currently estimates that the searches will be completed and the documents will be available for its staff to review within the next four weeks. However, until the process is completed, FDA will not know the anticipated number of documents that are potentially responsive to AFL's request.

1

3.      The parties have agreed that once FDA searches are completed and the approximate number of potentially responsive documents is known they will engage in discussions regarding a potential processing schedule as well as possible ways to prioritize and/or narrow aspects of AFL's request.

4.      In light of these ongoing efforts, the parties believe it would be premature at this time to propose a date for release of documents requested by AFL or to set a briefing schedule for dispositive motions. Instead, the parties propose to submit a further joint status report by June 16, 2023, updating the Court on their efforts and, if appropriate, proposing a course for further proceedings.

Dated:  May 1, 2023                                Respectfully submitted,

                                                   BRIAN M. BOYNTON
                                                   Principal Deputy Assistant Attorney General

                                                   ELIZABETH J. SHAPIRO
                                                   Deputy Branch Director

                                                   /s/ Alexander V. Sverdlov
                                                   ALEXANDER V. SVERDLOV
                                                    (NY Bar 4918793)
                                                   Trial Attorney
                                                   United States Department of Justice
                                                   Civil Division, Federal Programs Branch
                                                   1100 L Street, N.W.
                                                   Washington, DC 20005
                                                   Tel: (202) 305-8550
                                                   alexander.v.sverdlov@usdoj.gov

                                                   *Attorneys for Defendant*

        IAN D. PRIOR
        AMERICA FIRST LEGAL

        */s/ Ian D. Prior*
        IAN D. PRIOR
        *Admitted Pro Hac Vice* (MA Bar No. 655704)
        AMERICA FIRST LEGAL FOUNDATION
        611 Pennsylvania Avenue, Suite 231
        Washington, DC 20003
        Tel: (202) 964-3721
        ian.prior@aflegal.org

        *Attorneys for Plaintiff*